IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANLEY LEONARD BIGHORN,<br><br>Defendant. | CR 15-44-GF-SPW<br><br>ORDER |

This case was reassigned to this Court on August 19, 2024 and the revocation hearing set for August 20, 2024 before Magistrate Judge John Johnston was vacated (Doc. 186) for the reason Defendant has another case, CR-24-49-BLG-SPW, pending with this Court. In order for the revocation hearing to coincide with Mr. Bighorn's case in CR-24-49-BLG-SPW,

**IT IS HEREBY ORDERED** that the revocation proceedings are **STAYED** until the resolution of CR 24-49-BLG-SPW, at which time the revocation hearing will be rescheduled.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 21st day of August, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge